UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :

       - v. -                    :   INDICTMENT

DANIEL P. QUINTANA,                :   07 Cr. 599

       Defendant.                 :

------------------------------------x

*JUDGE PRESKA*

COUNT ONE

The Grand Jury charges:

On or about June 23, 2007, in the Southern District of New York, DANIEL P. QUINTANA, the defendant, unlawfully, willfully, and knowingly did steal, take, abstract, and attempt so to obtain, from and out of a mail, post office, and station thereof, letter box, mail receptacle, and other authorized depository for mail matter, letters, postal cards, packages, bags, and mail, to wit, QUINTANA took mail matter from a mail receptacle at a United States Postal Service processing facility located in Bronx, New York.

(Title 18, United States Code, Section 1708.)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

JUN 29 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

DANIEL P. QUINTANA,

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 1708.)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.