# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 5, 2007

BY FACSIMILE:

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07
```

Re: <u>United States v. Daniel P. Quintana</u>
    07 CR 599 (LAP)

Dear Judge Preska:

(1) A status conference in the above-reference case is scheduled for July 27, 2007. I write this letter to request that the conference be adjourned to August 7, 2007, at 4:00 pm. I am attending the National Criminal Defense College's trial training program and will be out of the office from July 16 to July 30, 2007. I have spoken with your Honor's deputy and she has informed me that August 7, 2007, at 4:00 pm would be a convenient time for the Court. I have spoken to the Government and they consent to this request. I consent to exclusion of time under the Speedy Trial Act.

(2) *The Court finds that exclusion of time is in the public interest.*

Respectfully Submitted,

By: *[signature]*
**Peter Tsapatsaris**
Federal Defenders of New York
Attorney for Defendant
Daniel Quintana
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
July 5, 2007

Cc: Chi T. Steve Kwok, Esq.
    Assistant United States Attorney

TOTAL P.002