```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        -v.-                      :

DANIEL P. QUINTANA,               :    07 Cr. 599 (LAP)

            Defendant.            :

- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

Upon the application of the United States of America, by and through Assistant United States Attorney Chi T. Steve Kwok, it is found that the Government has requested an exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from August 7, 2007, to August 21, 2007, the date for the next pre-trial conference, in order to allow the parties to continue their discussions regarding a possible disposition of this matter;

It is further found that the defendant, by and through his attorney, has consented to the Government's request for an exclusion of time;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to August 21, 2007, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:     New York, New York
           August 2, 2007

                                    THE HONORABLE LORETTA A. PRESKA
                                    UNITED STATES DISTRICT JUDGE